**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| IN RE: JEREMIAH WIBERG | CV-24-39-GF-BMM |
| | **ORDER** |

Jeremiah Wiberg has been a defendant in the United States District Court of Montana and is now incarcerated at the United States Penitentiary in Leavenworth, Kansas. He has filed a document that appears to be a civil rights complaint, related to his conditions of confinement there. (Doc. 1.)

Pursuant to 28 U.S.C. § 1391, venue for a civil action brought against a defendant who is an officer and employee of the United States is appropriate: 1.) where the defendant resides, 2.) where a substantial part of the events that give rise to the claim occurred, or 3.) where the plaintiff resides. 28 U.S.C. § 1391(e). The District of Montana is not the proper venue for Wiberg's action.

Accordingly, the Court issues the following:

**ORDER**

1.  Wiberg's filings are **DISMISSED**, without prejudice. Wiberg may refile them in the proper venue.

1

DATED this 30th day of April, 2024.

_____

Brian Morris, Chief District Judge
United States District Court